IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DEMETRIA-SHAREL HAMMONS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:24-CV-617-L-BN** |
| § | |
| **PATRIOT RIDGE I LTD. CO.;** § | |
| **JACK LI; and DEVONSHIRE REAL** § | |
| **ESTATE & ASSET MANAGEMENT,** § | |
| § | |
| Defendants. § | |

## **ORDER**

The Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 8) was entered on March 26, 2024, recommending that this action, involving *pro se* Plaintiff Demetria-Sharel Hammons's allegations of rental lease ejectment, be dismissed without prejudice for lack of subject matter jurisdiction unless Plaintiff, within the time for objecting to the Report, establishes that the court has either federal question or diversity jurisdiction over this action and her claims. No objections to the Report were filed as of the date of this order, and the deadline for doing so has expired. Further, Plaintiff has not attempted to cure the jurisdictional deficiencies identified by the magistrate judge or sought an extension of her deadline to objection to the Report.

Having considered the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action for lack of subject matter jurisdiction, and **directs** the clerk of court to **terminate** the Report and Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 4), filed March 13, 2024.

**It is so ordered** this 18th day of April, 2024.

Sam A. Lindsay
United States District Judge

Order – Page 2